IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALEXANDRIA GODDARD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 19CV1506 |
| | : |
| NATIONAL ADMINISTRATIVE SERVICE CO., et al., | : CHIEF JUDGE ALGENON L. MARBLEY |
| | : |
| | : Magistrate Judge Jolson |
| Defendants. | : |

## ORDER RESETTING TRIAL DATE AND SETTLEMENT CONFERENCE

This matter came before the Court by way of Plaintiff's Unopposed Motion Requesting a New Trial Date and Trial Schedule [Doc. 44]. The Court hereby **GRANTS** said Motion and reschedules the trial in this case for **Tuesday, October 12, 2021** at **9:00 a.m.** In preparation for trial the Court has set the following schedule to which the parties are to adhere.

**Summary:**

| | |
|---|---|
| August 16, 2021 | Confidential assessment letter submitted to the Court for settlement conference. |
| August 23, 2021 | Settlement conference **at 10:00 a.m.** before the Honorable Algenon L. Marbley, 85 Marconi Boulevard, Room 323, Columbus, Ohio 43215. |
| September 6, 2021 | Motions in limine, pretrial motions, and joint jury instructions and supplemental jury instructions, designation of deposition portions, witness statements, stipulations, and exhibit lists. |
| September 20, 2021 | Memoranda contra pretrial motions or motions in limine, objections to supplemental jury instructions, objections to deposition designations, and final pretrial order. |
| October 1, 2021 | Final pretrial conference **at 2:00 p.m.** before the Honorable Algenon L. Marbley, 85 Marconi Boulevard, Room 323, |

                                  Columbus, Ohio  43215, submission of proposed areas of questions for voir dire and trial briefs.

October 12, 2021            Trial - voir dire, opening statements and presentation of evidence.

This order supersedes all previous orders in this case to the extent previous orders are inconsistent with this order.

Parties are reminded that the use of mobile devices, including but not limited to text messaging and emailing, during status conferences before the Court is strictly prohibited.

The parties shall address questions about this order to the Court's Law Clerk, Kaela King, at 614-719-3276, by way of a telephone conference with counsel for all parties participating, or with fewer than all counsel participating with express permission of non-participating counsel.

**IT IS SO ORDERED.**

                                                                _____
                                                                **ALGENON L. MARBLEY**
                                                                **UNITED STATES DISTRICT JUDGE**

**DATED:   March 10, 2021**